IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRENDA THOMPSON,

    Plaintiff,

v.                                      CASE NO. 1:24cv73-RH-MJF

CEDARS BUSINESS SERVICES, LLC,

    Defendant.

_____/

## ORDER CLOSING THE FILE

    The parties have filed a stipulation of dismissal with prejudice. ECF No. 23. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

    SO ORDERED on October 28, 2024.

                                             s/Robert L. Hinkle
                                             United States District Judge